**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-6493**

---

GREGORY K. CLINTON,

                Petitioner - Appellant,

     v.

MR. WOLFE,

                Respondent - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:21-cv-00058-GMG)

---

Submitted:  December 19, 2024                 Decided:  December 23, 2024

---

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gregory K. Clinton, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory K. Clinton, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Clinton's 28 U.S.C. § 2241 petition, in which Clinton sought to challenge the validity of his convictions. We affirm.

Under 28 U.S.C. § 2255(e)'s savings clause, a federal prisoner may challenge the validity of his conviction in a § 2241 petition only if the remedies afforded in § 2255 are inadequate or ineffective. The scope of the savings clause is narrow, "covering unusual circumstances in which it is impossible or impracticable for a prisoner to seek relief from the sentencing court." *Jones v. Hendrix*, 599 U.S. 465, 474 (2023).

We conclude that the savings clause does not apply to the challenges Clinton raises in his § 2241 petition. Accordingly, we grant Clinton's motions to amend his informal brief, deny the remainder of his pending motions, and affirm the district court's order. *Clinton v. Wolfe*, No. 3:21-cv-00058-GMG (N.D. W. Va. Apr. 8, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2